UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VICTORINO ROMANO, VICENTE PABLO
JORGE CAISANO, and EDUARDO VASQUEZ

                Plaintiffs,                             07 CV 7011

        -v.-                             **NOTICE OF APPEARANCE**

BASILEX FOOD, CORP. d/b/a FRESH BASIL'S
TRATTORIA and CHRIS NATOS

                Defendants.

-----------------------------------------------------------X

S I R S:

       PLEASE TAKE NOTICE that the undersigned has been retained as attorney by, and hereby appears on behalf of the defendants in the above-captioned action, and that I hereby demand service upon me of a copy of all subsequent written communications or notices to said parties in this action other than subpoenas and subpoenas duces tecum.


Dated:  August  23, 2007          MITCHELL & INCANTALUPO
        Forest Hills, New York


                                By:_____/S/_____
                                ARTHUR H. FORMAN (9646)
                                98-20 Metropolitan Avenue
                                Forest Hills, New York 11375
                                Telephone: (718) 268-2616
                                Facsimile:  (718) 575-1600
                                e-mail:    ahf@ahforman.com

                                *Attorneys For Defendants*