UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

VICTORINO ROMANO, VICENTE PABLO
JORGE CAISANO, and EDUARDO VASQUEZ

        Plaintiffs,              07 CV 7011

      -v.-                        **STIPULATION**

BASILEX FOOD, CORP. d/b/a FRESH BASIL'S
TRATTORIA and CHRIS NATOS

        Defendants.
----------------------------------------------------------X

IT IS HEREBY STIPULATED by the attorneys for the plaintiffs in the above-captioned action that the time for the defendants to answer the complaint in this action is extended to and including September 10, 2007

Dated: Forest Hills, New York
August 24, 2007

_____
Michael Faillace (MF-8436)
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200

*Attorney For Plaintiffs*

SO ORDERED:

_____
U.S.D.J