FROM : Case 1:07-cv-07011-PAC    Document 3    Filed 08/24/2007    Page 1 of 1    P2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VICTORINO ROMANO, VICENTE PABLO
JORGE CAISANO, and EDUARDO VASQUEZ

                    Plaintiffs,

                    -v.-

BASILEX FOOD, CORP. d/b/a FRESH BASIL'S
TRATTORIA and CHRIS NATOS

                    Defendants.

-------------------------------------------------------------X

07 CV 7011

**STIPULATION**

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____             │
│ DATE FILED: AUG 2 8 2007         │
└─────────────────────────────────┘
```

IT IS HEREBY STIPULATED by the attorneys for the plaintiffs in the above-captioned action that the time for the defendants to answer the complaint in this action is extended to and including September 10, 2007

Dated: Forest Hills, New York
       August 24, 2007

Michael Faillace (MF-8436)
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200

*Attorney For Plaintiffs*

SO ORDERED:    AUG 2 3 2007

U.S.D.J