UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VICTORINO ROMANO, VICENTE PABLO
JORGE CAISANO, and EDUARDO VASQUEZ

        Plaintiffs,                        07 CV 7011 (PAC)

    -v.-

BASILEX FOOD, CORP. d/b/a FRESH BASIL'S      **STATEMENT PURSUANT**
TRATTORIA and CHRIS NATOS                       **TO FEDERAL CIVIL RULE 7.1**

        Defendants.
------------------------------------------------------------X

To:    Michael Faillace, Esq.
        Michael Faillace & Associates, P.C.
        110 East 59th Street, 32nd Floor
        New York, New York 10022
        (212) 317-1200

        *Attorneys for Plaintiffs*

        Pursuant to Federal Rule of Civil Procedure 7.1 undersigned counsel of record of corporate Defendant BASILEX FOOD CORP. ("Corporate Defendant") states that there are no corporate parents of the Corporate Defendant and that no publicly held corporation owns any stock in the Corporate Defendant.

Dated: September 10, 2007
       Forest Hills, New York        MITCHELL & INCANTALUPO

                                    By:    _____/S/_____
                                             Arthur H. Forman (AF-9646)
                                             98-20 Metropolitan Avenue
                                             Forest Hills, New York 11375
                                             Tel: 718-997-1000
                                             Fascimile: 718-575-1600

                                             *Attorneys for Defendants*