# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

110 E 59th Street, 32nd Floor
New York, New York 10022

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

Faillace@employmentcompliance.com

September 27, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 28 2007
```

VIA HAND DELIVERY AND ECF

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

September 28, 2007
Application GRANTED
SO Ordered
/s/ Paul Crotty
USDJ

Re: *Romano, et al. v. Basilex Food Corp., et al.*
07 Civ. 7011 (PAC)

Dear Judge Crotty:

I represent the plaintiffs in the above referenced matter. I write to respectfully request the Court's leave to amend the complaint in order to revise the case heading, specifically the spelling of Defendant Chris "Katos" (currently misspelled "Chris Natos"). The facts underlying the First Amended Complaint would be identical to the complaint which the Defendants answered on or about September 10, 2007. Opposing counsel, Arthur Forman, has no objection to the amendment. No prior request to file and Amended Complaint has been made.

Respectfully submitted,

Michael Faillace

cc: Arthur Forman, Esq.

**MEMO ENDORSED**

Certified as a minority-owned business in the State of New York