Michael Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VICTORIO ROMANO, VICENTE PABLO,
JORGE CAISANO, and EDUARDO
VASQUEZ, *individually and on behalf of others similarly situated*,

                *Plaintiffs*,

-against-

BASILEX FOOD CORP. d/b/a Fresh Basil's
Trattoria and CHRIS KATOS,

                *Defendants.*
-----------------------------------------------------------X

07 CV 7011

**DECLARATION OF SERVICE:**
**PLAINTIFFS' FIRST**
**AMENDED COMPLAINT**

I, Michael A. Faillace, the undersigned, an attorney duly admitted to practice law in New York and this Court, hereby declare that on October 1, 2007, I caused to be served by United States Postal Service a copy of Plaintiffs' First Amended Complaint on the following:

    Arthur Forman, Esq.
    98-20 Metropolitan Avenue
    Forest Hills, NY 11375
    Tel: (718)268-2616
    *Attorney for Defendants*

Dated: October 1, 2007

                                                  /s/ Michael Faillace
                                                  Michael Faillace