UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VICTORIO ROMANO, VICENTE PABLO,
JORGE CAISANO, and EDUARDO VASQUEZ,
*individually and on behalf of others similarly situated*,

                *Plaintiffs*,

-against-

BASILEX FOOD CORP. d/b/a Fresh Basil's
Trattoria and CHRIS KATOS,

                *Defendants*.
-----------------------------------------------------------X

07 CV 7011

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

TO: Clerk of Court, Southern District of New York
500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:  **Isreal Ramirez**

Address / Direccion:  **1736 Linden Ave., Apt. 2r**

                                        **Brooklyn, NY**

Phone Number / Numero de Teléfono:  **(718)-417-4198**

Legal Representative / Abogado:  Michael Faillace & Associates, P.C.

        Other / Otro:  N/A

Signature / Firma:  *[signature]*

Date / Fecha:  10-3.2007