UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

VICTORIO ROMANO, VICENTE PABLO, JORGE
CAISANO, and EDUARDO VASQUEZ, individually
and on behalf of others similarly situated,

                Plaintiffs,

  -against-

BASILEX FOOD CORP. d/b/a Fresh Basil's
Trattoria and CHRIS KATOS,

                Defendants.
------------------------------------------------------------------x

07 Civ. 7011 (PAC)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 6 2008

HONORABLE PAUL A. CROTTY, United States District Judge:

At a conference held in open Court on Thursday, June 26, 2008, the Court directed the following actions to be taken:

    1.    Defendant is ordered to produce documents responsive to Plaintiffs' request for production called for in Item No. 19 in Mr. Faillace's letter to the Court dated June 26, 2008. Such production is to occur by August 1, 2008.

    2.    The parties' mutual request for the other party's tax returns is held in abeyance. The parties are requested to submit within ten days, letter briefs no longer than three pages as to why the other party's tax returns are to be produced.

    3.    The depositions of Mr. Ward and Mr. Katos are to take place subsequent to the production of documents called for in Item No. 1. Such depositions must take place prior to September 15, 2008.

4.  Defendant's deposition of the individual Plaintiffs may take place at any time in July or August, 2008, but must be concluded by no later than September 15, 2008.

5.  In light of this revised schedule, the current Civil Case Management Plan and Scheduling Order is revised to reflect the dates set forth herein.

6.  The next scheduling conference will be held on Tuesday, September 16, 2008, at 4:30 p.m. in Courtroom 20-C, at which time a schedule will be set for dispositive motions, if any; and trial of this matter.

Dated: New York, New York
       June 26, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge